IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.  No. 15-30034-DRH

MATTHEW LIEBHEIT,

Defendant.

### ORDER

**HERNDON, District Judge:**

Now before the Court is Liebheit's *pro se* motion to travel (Doc. 67). Specifically, Liebheit moves the Court to travel to Montana to attend a wedding that his daughter is the flower girl in September. Further, Liebheit states that his mother is paying for the trip. The government opposes the motion stating that Liebheit initially contacted his probation officer requesting permission to travel to a cousin's wedding and when asked who was getting married Liebheit could not provide the name of the cousin getting married and that his mother would be paying for most of the trip (Doc. 69). Based on the pleadings, the fact that his daughter is only a participant in the ceremony, and the vague nature of his request without details, the Court **DENIES** the motion.

IT IS SO ORDERED.

*David R Herndon*  Judge Herndon
2018.08.02 10:46:20
-05'00'

United States District Judge